In the Matter of the Claim of ISABELLE FERRIS, Respondent, against FRATERNAL SALES Co. and THE CENTURY INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits noticed July 25, 1938, and from a decision noticed February 1, 1939, made by the State Industrial Board under the Workmen's Compensation Law commuting the weekly benefits into a lump sum and directing this sum to be paid into the Aggregate Trust Fund. The deceased employee while engaged in his regular occupation was killed on April 5, 1938, by being struck by a train at a railroad crossing. The widow-claimant has instituted a third-party action against the railroad company. She also has received an award of death benefits and the State Industrial Board ordered the commuted value thereof paid into the Aggregate Trust Fund. It is this commutation and direction for payment into the Aggregate Trust Fund that is objected to. Section 27 of the Workmen's Compensation Law required the immediate commutation of this award into a lump sum and its payment into the Aggregate Trust Fund. Award and decision unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of JESSIE HUMPHREY, Appellant, against M. M. MARCUSE and ROYAL INDEMNITY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant has appealed from a decision of the State Industrial Board denying her claim for death benefits by reason of the death of her husband. The decedent was employed as a general houseman. His employer had a residence at Great Neck, Long Island, with a private beach on Long Island Sound. On July 30, 1938, decedent, together with the chauffeur, went to the beach to go swimming. Decedent could not swim. He was drowned. The State Industrial Board found that the accident causing death did not arise out of and in the course of the employment. The evidence sustains the finding. Decision unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.